IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BE LABS, INC., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 18-627-RGA |
| : | |
| RELAY2, INC., : | |
| : | |
| Defendant. : | |

**CLERK'S ENTRY OF DEFAULT**

AND NOW TO WIT THIS 11th day of June, 2018, the Plaintiff Be Labs, Inc. has filed a request for entry of default (D.I. 8).

It appearing from the request for default (D.I. 8) and the Summons Returned Executed (D.I. 5), that service was effectuated and Relay2, Inc., has not Answered or otherwise moved with respect to the Complaint.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against Defendant Relay2, Inc..

John A. Cerino, Clerk

By ___n. Selmyer___
DEPUTY CLERK